IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No._____ |
| | ) |
| BEATS ELECTRONICS, LLC and, | ) |
| BEATS ELECTRONICS INTERNATIONAL | ) JURY TRIAL DEMANDED |
| LIMITED, | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Bose Corporation ("Bose") makes the following disclosures:

Bose has no parent corporation, and no publicly held company owns 10% or more of its corporate stock.

|  |  |
|---|---|
|  | */s/ David M. Fry* |
|  | John W. Shaw (No. 3362) |
|  | David M. Fry (No. 5486) |
| OF COUNSEL: | SHAW KELLER LLP |
| Charles H. Sanders | 300 Delaware Avenue, Suite 1120 |
| M. Frank Bednarz | Wilmington, DE 19801 |
| GOODWIN PROCTER LLP | (302) 298-0700 |
| Exchange Place | jshaw@shawkeller.com |
| Boston, Massachusetts 02109 | dfry@shawkeller.com |
| (617) 570-1000 | *Attorneys for Bose Corporation* |

Dated: July 25, 2014