IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-980-LPS-CJB |
| | ) |
| BEATS ELECTRONICS, LLC and | ) |
| BEATS ELECTRONICS INTERNATIONAL | ) |
| LIMITED, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

On this day, Plaintiff BOSE CORPORATION and Defendants BEATS ELECTRONICS, LLC and BEATS ELECTRONICS INTERNATIONAL LTD. (together, "BEATS") announced to the Court that they have settled their respective claims for relief asserted in this cause. It is hereby stipulated and agreed, by and between BOSE and BEATS, that all claims for relief asserted against BEATS by BOSE in this action be, and upon approval are, dismissed, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ David M. Fry* | */s/ Richard L. Horwitz* |
| John W. Shaw (No. 3362) | Richard L. Horwitz (No. 2246) |
| David M. Fry (No. 5486) | David E. Moore (No. 3983) |
| SHAW KELLER LLP | Bindu A. Palapura (No. 5370) |
| 300 Delaware Avenue, Suite 1120 | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 298-0700 | 1313 N. Market Street |
| jshaw@shawkeller.com | Wilmington, DE 19801 |
| dfry@shawkeller.com | (302) 984-6000 |
| *Attorneys for Plaintiff Bose Corporation* | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | *Attorneys for Defendants Beats Electronics, LLC* |
| Dated: October 10, 2014 | *and Beats Electronics International Limited* |

IT IS SO ORDERED this _____ day of _____, 2014.

_____
United States District Court Judge